IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LUIS FERNANDO VALLADARES-CRUZ,
    Petitioner,
v.                                                     Civil No. 3:20cv938 (DJN)

SUPERINTENDENT, CAROLINE DETENTION
FACILITY, *et al.*,
    Respondent.

**MEMORANDUM OPINION**

Petitioner, a federal detainee proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on January 14, 2021, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). (ECF No. 2.) The Court also directed Petitioner to complete and return, within fifteen days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. More than fifteen (15) days have elapsed and Petitioner has not returned the required *in forma pauperis* affidavit or the standardized form for filing a § 2241 petition or otherwise responded to the Court's Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                                    /s/
                                          David J. Novak
                                          United States District Judge

Richmond, Virginia
Dated: February 16, 2021